IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK. CHARLESTON. SC

2007 DEC -5  P 12: 48

Tommy Lee Jones, #278136,          )
                                   )
            Plaintiff,             )
                                   )        Civil Action No. 4:07-3480-SB
v.                                 )
                                   )
Dr. Kay, South Carolina Department )        **ORDER**
of Corrections; Dr. Sampson; Dr.   )
J. Valpey; RN Nurse Paycheck;      )
Dr. P. Patel; RN Nurse Smith,      )
                                   )
            Defendants.            )
_____   )

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983.  By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On November 9, 2007, United States Magistrate Judge Thomas E. Rogers III issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the complaint for failure to state a claim upon which relief may be granted.  Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R.  To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997).  Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo

review.  Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

ORDERED that the Plaintiff's complaint is dismissed without prejudice and without

issuance and service of process for failure to state a claim.

IT IS SO ORDERED.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

December 5 , 2007
Charleston, South Carolina

2